1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN MORGAN DALY,

                        Plaintiff,

     v.

SKAGIT COUNTY,

                      Defendant.

Case No. C18-1444-RAJ

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

14

15

16

17

      The Court, having reviewed Plaintiff's amended complaint, Defendant's motion for

summary judgment, the Report and Recommendation of the Honorable Michelle L. Peterson,

United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds

and ORDERS:

18

      (1)     The Report and Recommendation is approved and adopted.

19

      (2)     Defendant's motion for summary judgment (dkt. # 16) is GRANTED.

20

      (3)     Plaintiff's amended civil rights complaint (dkt. # 7) and this action are

21

DISMISSED with prejudice.

22

//

23

//

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

1       (4)      The Clerk is directed to send copies of this Order to Plaintiff, to counsel for

2 Defendant, and to Judge Peterson.

3       DATED this 28th day of February, 2020.

4

5                         _____

6                         The Honorable Richard A. Jones
                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2